# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Brian Sadler )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>Ocwen Loan Servicing, LLC *et al.* )<br>    *Defendants* )<br>) | Case No. 3:20-cv-00147-RGJ-CHL |

## ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT OCWEN LOAN SERVICING, LLC

Plaintiff Brian Sadler and Defendant Ocwen Loan Servicing, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Ocwen Loan Servicing, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Brian Sadler's claims against Defendant Ocwen Loan Servicing, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees. This order does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Brian Sadler*

/s/Jonathan M. Kenney (by permission)
Jonathan M. Kenney, Esq.
*Troutman Pepper Hamilton Sanders LLP*
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel:   (757) 687-7529
Fax:   (757) 687-7510
jon.kenney@troutman.com
*Counsel for Defendant*
*Ocwen Loan Servicing, LLC*