UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRIAN SADLER                                                      Plaintiff

v.                                             Civil Action No. 3:20CV-147-RGJ

SELECT PORTOLIO SERVICING, INC.                                  Defendant

\* \* \* \* \*

## <u>ORDER</u>

The Court, having been advised by counsel that settlement has been reached on all

matters in this case as to defendant Select Portfolio Servicing, Inc. [DE 17], **ORDERS** that this

action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN**

from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within

forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this

action upon application to this Court within forty-five (45) days from entry of this Order if the

settlement is not consummated.

Copies to:  Counsel of Record