# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Brian Sadler<br>　　*Plaintiff*<br><br>v.<br><br>Select Portfolio Servicing, Inc. *et al.*<br>　　*Defendants* | )<br>)<br>)<br>) Case No. 3:20-cv-00147-RGJ-CHL<br>)<br>)<br>)<br>) |

## ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT SELECT PORTFOLIO SERVICING, INC.

Plaintiff Brian Sadler and Defendant Select Portfolio Servicing, Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against Select Portfolio Servicing, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Brian Sadler's claims against Defendant Select Portfolio Servicing, Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.

APPROVED BY:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Sarah S. Mattingly (by permission) |
| James H. Lawson | Sarah S. Mattingly, Esq. |
| *Lawson at Law, PLLC* | *Dinsmore & Shohl LLP* |
| 115 S. Sherrin Avenue, Suite 5 | 101 S. Fifth Street, Suite 2500 |
| Louisville, KY 40207 | Louisville, KY 40202 |
| Tel:   (502) 473-6525 | Tel:   (859) 425-1096 |
| Fax:   (502) 473-6561 | Fax:   (502) 585-2207 |
| james@kyconsumerlaw.com | sarah.mattingly@dinsmore.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Brian Sadler* | *Select Portfolio Servicing, Inc.* |